IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

14-cv-590-jdp

M. KULUIKE,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Terrance Grissom leave to proceed *in forma pauperis* and dismissing this case for plaintiff's failure to pay the full $400 filing fee.

| /s/ | 2/10/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |